UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☑ Detention Hearing  ☐ Non-Jury Trial  ☐ Jury Trial

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT - 2 2015
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case Number CR- 13-1607-PHX-SRB   Judge Code 70CC   Date 10/2/15

USA v. Kingery, Jean Baptiste
       Last    First   Middle

☑ Government   ☐ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | 10/2/15 | 10/2/15 | ATF Report #36  6/15/2010: Interview of J.B. Kingery |
| 2 | 10/2/15 | 10/2/15 | ATF Report #37  6/15/2010: Interview of Sarah Kingery |
| 3 | 10/2/15 | 10/2/15 | ATF Report #38  6/16/2010 interview of J.B. Kingery |
| 4 | 10/2/15 | 10/2/15 | ATF Report #60  6/22/2010; 6/23/2010; 7/21/2010 interviews of J.B. Kingery |
| 5 | 10/2/15 | 10/2/15 | ATF Report #70  8/31/2011: Interview of J.B. Kingery |
| 6 | 10/2/15 | 10/2/15 | ATF Report #72  9/2/2011: Interview of J.B. Kingery |
| 7 | 10/2/15 | 10/2/15 | ATF Report #76  10/14/2011: Interview of J.B. Kingery |