AO 442 (Rev. 11/11) Arrest Warrant

FILED LODGED
RECEIVED COPY
OCT 0 2 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jean Baptiste Kingery, | ) | Case No. CR-13-1607-PHX-SRB |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

2013 NOV 21 AM 10:16
RECEIVED
US MARSHALS SERVICE
DISTRICT-ARIZONA
PHOENIX

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JEAN BAPTISTE KINGERY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

22:2778(b)(2) and (c) and 22 C.F.R. 121.1, 123.1 and 127.1 - Attempted Violkation of the Arms Export Control Act

18:554(a) - Smuggling Goods from the United States

18:1001 - False Statement

Date: 11/21/2013

_____ M. Pruneau (for)
*Issuing officer's signature*

City and state: Phoenix, Arizona

BRIAN D. KARTH, DCE/CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/21/2013, and the person was arrested on *(date)* 9/30/2015
at *(city and state)* Tucson, AZ.

Date: 10/1/2015

by: SDUSM STERLING T. CARTER
*Arresting officer's signature*
arrested by USMS Tucson
upon extradition from MX
*Printed name and title*