1  LORETTA E. LYNCH
   United States Attorney General
2  EILEEN M. DECKER
   United States Attorney
3  Central District of California
   WILLIAM A. CROWFOOT (Cal. Bar No. 134173)
4  ANNAMARTINE SALICK (N.Y. Bar No. 5076385)
   Special Attorneys
5  Terrorism and Export Crimes Section
   National Security Division
6          1500 United States Courthouse
           312 North Spring Street
7          Los Angeles, California 90012
           Telephone:   (213) 894-4465/3424
8          Facsimile:   (213) 894-3713
           E-mail:      William.Crowfoot@usdoj.gov
9                       Annamartine.Salick2@usdoj.gov

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE DISTRICT OF ARIZONA

13  United States of America,              CR-13-1607-PHX-SRB

14                      Plaintiff,

15          vs.                            RESPONSE IN SUPPORT OF
                                           DEFENDANT'S MOTIONS FOR
16                                         COMPLEX CASE DESIGNATION AND
                                           TO EXTEND TIME TO FILE
17  Jean Baptiste Kingery,                 PRETRIAL MOTIONS, CONTINUE
                                           TRIAL, AND VACATE STATUS
18                      Defendant.         CONFERENCE (FIRST REQUEST)

19          The United States of America, by and through undersigned counsel, hereby files

20  this response in support of JEAN BAPTISTE KINGERY's ("defendant") motions for

21  complex case designation and to extend time to file pretrial motions, continue trial, and

22  vacate the status conference.  As defense counsel accurately represented, the government

23  concurs in defendant's request for complex case designation and has no objection to the

24  requested continuances.

25  ///

26  ///

27  ///

28  ///

Respectfully submitted this 15th day of October, 2015,

LORETTA E. LYNCH
United States Attorney General
EILEEN M. DECKER
United States Attorney
Central District of California


_____/s/_____
Annamartine Salick
William A. Crowfoot
Special Attorneys

Defendant JEAN BAPTISTE KINGERY ("defendant") is charged in Count One of the Indictment filed on November 20, 2013 (the "Indictment"), with attempting to export grenade parts and ammunition in violation of 22 U.S.C. § 2778(b)(2) and (c) (the Arms Export Control Act); and 22 C.F.R. §§ 121.1, 123.1, and 127.1 (the International Trafficking in Arms Regulations) (collectively, "AECA").  He is charged in Count Two of the Indictment with attempting to smuggle grenade parts and ammunition from the United States in violation of 18 U.S.C. § 554(a).

Defendant was extradited from Mexico to the United States on September 30, 2015, and made his initial appearance on the Indictment in the District Court for the District of Arizona, Phoenix, on October 1, 2015.  After a detention hearing on October 2, 2015, defendant was ordered detained and a status conference and trial date were scheduled for October 19, 2015, and November 3, 2015, respectively.  The government provided defendant with discovery and met with defense counsel to discuss the case.  The government concurred with defense counsel's recommendation to move the Court for a complex case designation.

On October 6, 2015, defendant filed a motion for complex case designation and accurately represented the government's concurrence in its request.  (CR 32, 2.)  On October 14, 2015, the government spoke with defense counsel by phone and stated that it had no objection to defense counsel filing a motion to extend time to file pretrial motions, continue the trial date, and vacate the status conference.  That same day, defendant filed this motion and accurately represented the government's position.  (CR 33, 2.)

The government concurs with defendant's motion to designate the case as complex.  Should the Court deny this motion, the government has no objection to an extension of time to file pretrial motions, a continuance of the trial, and a vacatur of the status conference.

Excludable delay under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) will occur as a result of this response or from an order based thereon.

Respectfully submitted this 15th day of October, 2015,

LORETTA E. LYNCH
United States Attorney General
EILEEN M. DECKER
United States Attorney
Central District of California

_/s/_____
Annamartine Salick
William Crowfoot
Special Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Greg Bartolomei
Assistant Federal Public Defender
Attorney for the Defendant

/ s/
Annamartine Salick