(Your Name) Jean-Baptiste Kingery
(Your ID Number) 48764408
CCA-CADC, P.O. Box 6300
Florence, AZ 85232-6300
DEFENDANT

FILED ____ LODGED
____ RECEIVED ____ COPY

OCT 0 4 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )
        Plaintiff, )
                    )    No.: CR-03-1607-PHX/~~TUC~~-SRB
v.                  )
                    )
(Your Name) Jean-Baptiste Kingery )    NOTICE OF APPEAL
        Defendant )

NOTICE is hereby given that Jean-Baptiste Kingery, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 30th day of September, 2016.

RESPECTFULLY SUBMITTED the 30th day of September 2016, pursuant to FRAP 4(b) & (c).

(Your Signature) _____
(Your Name) Jean-Baptiste Kingery
DEFENDANT
CCA-CADC,
1155 N. Pinal Parkway Ave.,
P.O. Box 6300,
Florence, AZ
85232-6300