# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Jean Baptiste Kingery,<br><br>      Defendant. | No. CR-13-01607-001-PHX-SRB<br><br>**ORDER** |

The Court has reviewed Defendant's letter dated November 28, 2016 [Doc.100]. Defendant's request for portions of the record should be directed to his appellate counsel, Daniel Drake.

Dated this 14th day of December, 2016.

_____
Susan R. Bolton
United States District Judge