

16-10432 USA v. Jean Kingery "Dispositive Clerk Order Filed"
ca9_ecfnoticing
to:
06/06/2017 10:41 AM
Hide Details
From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 06/06/2017 at 10:40:17 AM PDT and filed on 06/06/2017

| | |
|---|---|
| **Case Name:** | USA v. Jean Kingery |
| **Case Number:** | 16-10432 |
| **Document(s):** | Document(s) |

**Docket Text:**
Filed order (Deputy Clerk: DV) Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. [24]) is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1. This order served on the district court shall act as and for the mandate of this court. [10461261] (Rivera, Janne Nicole)

**Notice will be electronically mailed to:**

Mr. Jean-Claude Andre, Assistant U.S. Attorney
Honorable Susan R. Bolton, District Judge
Mr. William A. Crowfoot, Assistant U.S. Attorney
Mr. Daniel Robert Drake, Attorney
Christopher David Grigg
Annamartine Salick, Assistant U.S. Attorney
USDC, Phoenix


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 16-10432.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=06/06/2017] [FileNumber=10461261-0]
[3f25ae3cd17b8622ccf54d6c0cad61d071cecee614a79d39d2242cd687b44d8d92007f0d48eaa1056ee4fe17df1bc8634f9f06190d2ab0b6bf3e16167f6fc


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 10461261
**RELIEF(S) DOCKETED:**
   motion to dismiss the case voluntarily pursuant to rule 42b
   to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 12322109, 12322110, 12317819, 12317820, 12322111