```
         FILED      ___ LODGED
  ___ RECEIVED      ___ COPY

        JAN 3 0 2019

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America | No. CR-13-01607-001-PHX-SRB |
|---|---|
| Plaintiff, | **ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE** |
| v. | |
| Jean Baptiste Kingery | |
| Defendant. | |

On Tuesday, September 20, 2016, the above named was placed on supervised release for a period of three years. Jean Baptiste Kingery has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Jean Baptiste Kingery be discharged from supervision.

Respectfully submitted,

_Elena Federico_
Elena Federico
U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that Jean Baptiste Kingery be discharged from supervision and that the proceedings in the case be terminated.

_Susan R. Bolton_                                    Jan 29, 2019
Honorable Susan R. Bolton                            Date
Senior U.S. District Judge